# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BLAIR E. BINKLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:15-cv-0089 |
| v. ) | |
| ) | Judge Sharp |
| SOCIAL SECURITY ) | Magistrate Judge Bryant |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff Blair E. Binkley has requested judicial review of Defendant Social Security Administration's ("SSA") decision to deny him disability benefits. The SSA has moved to dismiss Plaintiff's complaint as untimely. Plaintiff has not responded to the Motion to Dismiss.

Magistrate Judge Bryant has issued a Report and Recommendation ("R & R") (Docket No. 14) in which he recommends that Defendant's Motion to Dismiss (Docket No. 11) be granted and this case dismissed. As noted in the R & R, Plaintiff filed his Complaint seven days past the sixty-day limitations period, rendering it untimely. Despite being advised that any objection needed to be filed within fourteen days, Plaintiff has filed none.

Having considered the matter de novo as required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition.

Accordingly, the Court hereby rules as follows:

1) The Report and Recommendation (Docket No. 14) is ACCEPTED and APPROVED;

2) Defendant's Motion to Dismiss (Docket No. 11) is GRANTED; and

3) This case is DISMISSED.

The Clerk of the Court shall enter judgment in accordance with Rule 58 of the Federal

Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE